Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000610
18-DEC-2014
10:32 AM

NO. CAAP-12-0000610

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, N.A., A National Association
as Trustee for Soundview Home Loan Trust 2007-OPT2,
Asset-Backed Certificates, Series 2007-OPT2, Plaintiff-Appellee,
v.
HATOTA TEHIVA, JAYDEN PHILLIPS-TEHIVA, and JOYCELENE PHILLIPS,
Defendants-Appellants,
and
JOHN DOES 1-50, JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-1133)

ORDER APPROVING THE DECEMBER 2, 2014
STIPULATION FOR DISMISSAL OF CONSOLIDATED APPEALS
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of

Consolidated Appeals (Stipulation), filed by Defendants-

Appellants Hatota Tehiva, Jaydene Phillips-Tehiva, and Joycelene

Phillips (**Appellants**), on December 2, 2014, and the record, it

appears that (1) Appellants and Plaintiff-Appellee Wells Fargo

Bank, N.A., a National Association as Trustee for Soundview Home

Loan Trust 2007-OPT2, Asset-Backed Certificates, Series 2007-OPT2

stipulate to dismiss Appeal No. CAAP-12-0000610; (2) the attorneys for the parties have signed the stipulation; (3) the stipulation provides that "Each party shall bear their own attorneys' fees and costs consistent with the terms of the parties' settlement agreement"; (4) no payment is due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and Appeal No. CAAP-12-0000610 is dismissed.

DATED: Honolulu, Hawai'i, December 18, 2014.

Chief Judge

Associate Judge

Associate Judge